

**ROSHAN D. SHAH** | Managing Partner
rshah@andersonshahlaw.com
P: 732-398-6544 | F: 732-576-0027

June 23, 2020

**VIA CM/ECF ONLY**
Hon. Michael A. Shipp, U.S.D.J.
Clarkson S. Fisher Building
      & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    **Conroy v. Lacey Twp. Sch. Dist., et al.**
              **Civil Action No. 19-9452 (MAS-TJB)**

Dear Judge Shipp:

This Firm represents Defendants Lacey Township Board of Education, Craig Wiley, Mark Angelo, and Craig Cicardo (the "Lacey BOE Defendants") in the above-referenced matter. We are pleased to report that this matter has settled pending approval of the Lacey Township Board of Education. Accordingly, we respectfully request the entry of a 60-day order administratively terminating the matter subject to the parties consummating settlement and filing a stipulation of dismissal with prejudice.

If Your Honor has any questions or concerns, please contact me. Thank you.

Respectfully submitted,

*/s/Roshan D. Shah*

ROSHAN D. SHAH, ESQ.
For the Firm


c: All Counsel of Record